IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PERRY PEZZAROSSI** and **JENNIFER PEZZAROSSI** | § § § § | **PLAINTIFFS** |
| v. | § § § | Civil No. 1:22cv3-HSO-RHWR |
| **SHERWIN-WILLIAMS COMPANY** and **JOHN OR JANE DOES 1-10** | § § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 25th day of February, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE